ORIGINAL
FILED

08 APR 18 PM 2:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

E-FILING C08 02034 JW PVT

1  GAIL C. TRABISH, ESQ. (#103482)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation, erroneously
   sued herein as Target Corporation

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  LYNN FAWKES and JOHN FAWKES,        )   Case No.:
                                         )
12              Plaintiffs,              )   [Monterey County Case No.: M89608]
                                         )
13  vs.                                  )   PETITION FOR REMOVAL OF
                                         )   ACTION PURSUANT TO 28 U.S.C.
14                                       )   §1441(b) [DIVERSITY]
    TARGET CORPORATION, and DOES 1-40,  )
15  inclusive,                           )
                                         )
16              Defendants.              )   Complaint Filed: March 7, 2008
                                         )
17  _____

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:       BY FAX

19      PLEASE TAKE NOTICE that defendant TARGET STORES, a division of Target

20  Corporation (hereinafter "TARGET"), erroneously sued herein as Target Corporation, hereby

21  removes to this Court the state court action described below.

22                                  JURISDICTION

23      1.   Defendant TARGET is informed and believes that plaintiffs Lynn Fawkes and John

24  Fawkes are citizens of the State of California, and were at the time of the filing of the Complaint

25  and this Notice of Removal.

26      2.   Defendant TARGET is a Minnesota Corporation, whose principal place of business

27  is Roseville, Minnesota.

28      3.   TARGET is a publicly held corporation whose chairman and chief executive officer

BOORNAZIAN,
JENSEN & GARTHE                          -1-
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607     PETITION FOR REMOVAL – [Monterey County Sup. Ct. Case No.: M89608]
(510) 834-4350

1 is Bob Ulrich.

2    4.    Defendant TARGET is not a citizen of the state in which this action is pending.

3    5.    The matter in controversy allegedly exceeds the sum of $75,000.00, exclusive of interest, attorneys' fees and costs.

6.    This court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(a).

## GROUNDS FOR REMOVAL

7.    On March 7, 2008, a civil action was commenced in the Monterey County Superior Court, Unlimited Jurisdiction, of the State of California, entitled *Lynn Fawkes, et al. v. Target Corporation, et al.,* Action No.: M89608. In said complaint, plaintiffs allege damages arising out of an incident at the Sand City Target store on August 14, 2007. A true and correct copy of the complaint is attached hereto as **Exhibit A**.

8.    Defendant TARGET was served with a copy of said Complaint on March 27, 2008. A true and correct copy of the Proof of Service is attached hereto as **Exhibit B**.

9.    Defendant TARGET has not yet filed an answer to plaintiffs' unverified complaint.

10.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, and the complaint is one which may be removed to this Court by defendant TARGET pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and the amount in controversy allegedly exceeds the sum of $75,000, exclusive of interest and costs.

11.    Defendant TARGET is the only named defendant in this action, and it is informed and believes that no other defendants have been served in this action.

Based on the foregoing, defendant TARGET respectfully requests that this Court accept removal of this action.

DATED: April 17, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Gail C. Trabish
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation, erroneously sued
herein as Target Corporation

GCT01\430780

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

PETITION FOR REMOVAL – [Monterey County Sup. Ct. Case No.: M89608]

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target Corporation and Does 1 to 40

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
Lynn Fawkes and John Fawkes

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
MAR 07 2008
CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
DEIDRE K. DINEEN
3/27/08  D  1214

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Monterey County Superior Court
Monterey Division
1200 Aquajito Road
Monterey, CA 93940

**CASE NUMBER:** *(Número del Caso):*
**M 89608**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jim W. Yu, Esq.                                Balamuth Harrington, LLP
3 Altarinda Road, #202                         Orinda, CA 94563
(925) 254-1234

DATE: MAR 07 2008    CONNIE MAZZEI    Clerk, by   DEIDRE K. DINEEN   , Deputy
*(Fecha)*                              *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Target Corporation
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 3/21/08

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Fawkes



# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jim W. Yu, Esq.                                    209118<br>Balamuth Harrington, LLP<br>3 Altarinda Road, #202<br>Orinda, CA 94563<br>TELEPHONE NO.: (925) 254-1234    FAX NO.(Optional): (925) 254-0778<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Lynn and John Fawkes | **FILED**<br><br>MAR 07 2008<br><br>CONNIE MAZZEI<br>CLERK OF THE SUPERIOR COURT<br>DEIRDRE K. DINEEN  DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Monterey
STREET ADDRESS: 1200 Aquajito Road
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: Monterey Division

PLAINTIFF: Lynn Fawkes and John Fawkes

DEFENDANT: Target Corporation and

[X] DOES 1 TO 40

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE    [X] OTHER *(specify)*: Premises Liability
[ ] Property Damage   [ ] Wrongful Death
[X] Personal Injury   [X] Other Damages *(specify)*: Loss of Consortium

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:

**M 89608**

1. Plaintiff *(name or names)*: Lynn Fawkes and John Fawkes

   alleges causes of action against defendant *(name or names)*: Target Corporation and Does 1 to 40

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
Martin Dean's ESSENTIAL FORMS™

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Fawkes

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: Fawkes v. Target Corporation, Inc. et al | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name):
      Does 25 - 40
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 - 40   were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 - 40   are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Fawkes v. Target Corporation, Inc. et al | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (*specify*):

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage (*specify*):
       Plaintiff, John Fawkes, has loss of consortium damages arising from his wife's injuries.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is (*in cases for personal injury or wrongful death, you must check (1)*):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*):

Date: February 27, 2008

Jim W. Yu, Esq., Balamuth Harrington, LLP
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

SHORT TITLE: Fawkes v. Target Corporation et al.

CASE NUMBER:

___FIRST___ CAUSE OF ACTION - Premises Liability    Page __4__
(number)

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint
(Use a separate cause of action form for each cause of action.)

Prem.L-1. Plaintiff (name): Lynn Fawkes and John Fawkes
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On (date): August 14, 2007    plaintiff was injured on the following premises in the following

fashion (description of premises and circumstances of injury):
A dangerous condition within the Target Store located at 2040 California Avenue, Sand City, California, caused plaintiff, Lynn Fawkes, to slip, fall and suffer serious, permanent and disabling injuries including, but not limited to, her neck, back, and right knee.

Plaintiff John Fawkes has loss of consortium damages to assert arising from his wife's injuries.

Prem.L-2.   [X] **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were (names):
Target Corporation and

[X] Does __1__ to __40__

Prem.L-3.   [X] **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were (names): Target Corporation and

[X] Does __1__ to __40__
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.   [ ] **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were (names):

[ ] Does ____ to ____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):
Target Corporation and

[X] Does 1 to 40
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b   [ ] as follows (names):

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION - Premises Liability

Martin Dean's
ESSENTIAL FORMS™

Fawkes

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
03/28/2008
CT Log Number 513249178

TO: Carter Leuty
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-

RE: **Process Served in California**

FOR: Target Corporation (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Lynn Fawkes and John Fawkes, Pltfs. vs. Target Corporation, et al., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint, Cover Sheet, Notice of Case Management Conference, Request Form, Attachment(s) |
| COURT/AGENCY: | Monterey County, Monterey, Superior Court, CA<br>Case # M89608 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - August 14, 2007 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 03/27/2008 at 12:45 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service |
| ATTORNEY(S) / SENDER(S): | Jim W. Yu<br>Balamuth Harrington, LLP<br>3 Altarinda Road<br>#202<br>Orinda, CA 94563<br>925 254 1234 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 798907021852 |
| SIGNED:<br>PER:<br>ADDRESS:<br>TELEPHONE: | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of 1 / WM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT B**

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]; CIVIL CASE COVER SHEET**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Jim W. Yu, Esq.<br>Balamuth Harrington, LLP<br>3 Altarinda Road, #202<br>Orinda, CA 94563<br>(925) 254-1234  phone<br>(925) 254-0778  fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on April 18, 2008.

_____
ALEXINE BRAUN

GCT01\430780

-3-

PETITION FOR REMOVAL – [Monterey County Sup. Ct. Case No.: M89608]

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
LYNN FAWKES and JOHN FAWKES

### DEFENDANTS
TARGET CORPORATION, et al.

(b) County of Residence of First Listed Plaintiff: MONTEREY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Jim W. Yu, Esq. (#209118), BALAMUTH HARRINGTON, LLP
3 Altarinda Road, #202, Orinda, CA 94563, (925) 254-1234 Phone
(925) 254-0778 Fax

Attorneys (If Known)

Gail C. Trabish, Esq. (#103482), BOORNAZIAN, JENSEN & GARTHE
555 12th Street, Ste. 1800, P.O. Box 12925, Oakland, CA 94604-2925
(510) 834-4350 Phone, (510) 839-1897 Fax

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|                                    | PTF | DEF |                                                      | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State              | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State           | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation                                      | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury—Med. Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury—Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument |  |  | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [X] 360 Other Personal Injury |  | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability |  |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment |  | [ ] 791 Empl. Ret. Inc. Security Act |  | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General |  | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | IMMIGRATION |  | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus - Alien Detainee |  |  |
|  |  |  | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1441(b), 28 USC 1332

Brief description of cause:
Diversity, Premises Liability

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE: April 17, 2008
SIGNATURE OF ATTORNEY OF RECORD