ORIGINAL FILED

08 APR 18 PM 2:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

C08 02034

JW

PVT

BY FAX

GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN FAWKES and JOHN FAWKES, | Case No.: |
| Plaintiffs, | [Monterey County Case No.: M89608] |
| vs. | **ANSWER TO UNVERIFIED COMPLAINT** |
| TARGET CORPORATION, and DOES 1-40, inclusive, | |
| Defendants. | Complaint Filed: March 7, 2008 |

COMES NOW Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiffs LYNN FAWKES and JOHN FAWKES, on file herein, admits, denies, alleges and states the following:

**GENERAL ALLEGATIONS**

1. Answering paragraph 1, this answering defendant admits that Target Stores is a division of Target Corporation.

2. Answering paragraph 2, this answering defendant admits that there are four (4) pages attached.

3. Answering paragraph 3, this answering defendant denies based on lack of

information and belief that plaintiffs are competent adults.

4. Answering paragraph 5, this answering defendant states that Target Stores is a division of Target Corporation and is a Minnesota corporation whose principal place of business is in Minnesota. The remainder of the allegations in this paragraph is denied based on lack of information and belief.

5. Answering the allegation in paragraph 6, this answering defendant denies based on lack of information and belief.

6. Answering the allegation in paragraph 8, this answering defendant denies that plaintiffs were injured, but admits that the United States District Court has jurisdiction.

7. Answering paragraph 10, this answering defendant admits that there is one (1) cause of action for Premises Liability attached.

8. Answering paragraph 11, this answering defendant denies each and every allegation contained therein.

9. Answering paragraph 14, this answering defendant denies each and every allegation contained therein.

### FIRST CAUSE OF ACTION – Premises Liability

10. Answering paragraph Prem. L-1, this answering defendant denies each and every allegation contained therein.

11. Answering paragraph Prem. L-2, this answering defendant denies each and every allegation contained therein.

12. Answering paragraph Prem. L-3, this answering defendant denies each and every allegation contained therein.

13. Answering paragraph Prem. L-5, this answering defendant denies each and every allegation contained therein.

### DEMAND FOR JURY TRIAL

This answering defendant demands a jury trial.

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

ANSWER TO UNVERIFIED COMPLAINT – [Monterey County Sup. Ct. Case No.: M89608]

## AFFIRMATIVE DEFENSES

**COMES NOW**, Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiffs on file herein alleges as follows:

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that neither the complaint nor any of its alleged causes of action states facts sufficient to constitute a cause of action against this answering defendant.

**AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiffs failed to mitigate their alleged damages as required by law.

**AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiffs were comparatively at fault in the manner and style as set forth in the case of *Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804, and defendant prays that any and all damages sustained by said plaintiffs be reduced by the percentage of their negligence.

**AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that the damages complained of, if any there were, were proximately contributed to or caused by the carelessness, negligence, fault or defects created by the remaining parties in this action, or by other persons, corporations or business entities unknown to this answering defendant at this time, and were not caused in any way by this answering defendant, or by persons for whom this answering defendant is legally liable.

Should this answering defendant be found liable to plaintiffs, which liability is expressly

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-3-

ANSWER TO UNVERIFIED COMPLAINT – [Monterey County Sup. Ct. Case No.: M89608]

denied, said defendant is entitled to have this award against it abated, reduced or eliminated to the extent that the negligence, carelessness, fault or defects created by the remaining parties in this action, or by said other persons, corporations or business entities, contributed to plaintiffs' damages, if any.

**AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiffs knew, or in the exercise of ordinary care should have known, of the risks and hazards involved in the undertaking in which they were engaged, but nevertheless and knowing these things, did freely and voluntarily consent to assume all the risks and hazards involved in the undertaking.

**WHEREFORE**, this answering defendant prays as follows:

1. That plaintiffs take nothing by their complaint and that this answering defendant be dismissed hence;

2. For reasonable attorneys' fees;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems fit and proper.

DATED: April 17, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation, erroneously sued
herein as Target Corporation

GCT01\430783

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-4-

ANSWER TO UNVERIFIED COMPLAINT – [Monterey County Sup. Ct. Case No.: M89608]

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO UNVERIFIED COMPLAINT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Jim W. Yu, Esq.                             **Attorneys for Plaintiff**
Balamuth Harrington, LLP
3 Altarinda Road, #202
Orinda, CA 94563
(925) 254-1234 phone
(925) 254-0778 fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on April 18, 2008.

_____
ALEXINE BRAUN

GCT01\430783

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-5-

ANSWER TO UNVERIFIED COMPLAINT – [Monterey County Sup. Ct. Case No.: M89608]