GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN FAWKES and JOHN FAWKES,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-40, inclusive,<br><br>　　　　Defendants. | Case No.: C-08-02034 JW (PVT)<br><br>**PROOF OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER INITIATING DOCUMENTS**<br><br>Complaint Filed: March 7, 2008 |

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

1.   **Order Setting Initial Case Management Conference and ADR Deadlines;**

2.   **ECF Registration Information Handout;**

3.   **Welcome to the U.S. District Court Handout;**

-1-

PROOF OF SERVICE – Case No.: C-08-02034 JW (PVT)

4. General Order No. 40 – Prohibition of Bias;

5. Notice of Electronic Availability of Case File Information;

6. Notice of Lawsuit and Request for Waiver of Service of Summons;

7. Waiver of Service of Summons;

8. Instructions For Completion of ADR Forms;

9. Order of the Chief Judge re: Electronic Filing in Cases with Unrepresented Parties;

10. Dispute Resolution Procedures in the Northern District of California,

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Jim W. Yu, Esq.                                             **Attorneys for Plaintiff**
Balamuth Harrington, LLP
3 Altarinda Road, #202
Orinda, CA 94563
(925) 254-1234 phone
(925) 254-0778 fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on April 23, 2008.

_____
ALEXINE BRAUN

25369\431265

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350