Jim W. Yu, Esq., SBN 209118
BALAMUTH HARRINGTON, LLP
3 Altarinda Road, Suite 202
Orinda, California 94563-2601
Telephone: (925) 254-1234
Facsimile: (925) 254-0778

Attorneys for Plaintiffs
Lynn Fawkes and John Fawkes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN FAWKES, JOHN FAWKES,<br><br>        Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION and<br>DOES 1 to 40,<br><br>        Defendants. | Case No.  C-08-02034 JW<br><br>**JURY TRIAL DEMAND** |

Plaintiffs hereby demand a jury trial in the above-captioned matter.

Dated:  April 24, 2008                                     BALAMUTH HARRINGTON, LLP

                                                          By: /s/ _____
                                                             Jim W. Yu, Esq.
                                                             Attorneys for Plaintiffs
                                                             Lynn Fawkes and John Fawkes