UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LYNN FAWKES and JOHN FAWKES,

        Plaintiff(s),

v.

TARGET CORPORATION, et al.

        Defendant(s).
_____/

Case No. C-08-02034 JW (PVT)

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/25/08

        [Party]

Dated: 4/29/08

        [Counsel]

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ADR CERTIFICATION BY PARTIES AND COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Jim W. Yu, Esq.  **Attorneys for Plaintiff**
Balamuth Harrington, LLP
3 Altarinda Road, #202
Orinda, CA 94563
(925) 254-1234 phone
(925) 254-0778 fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on May 2, 2008.

_____
ALEXINE BRAUN

25369\431214

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

ADR CERTIFICATION BY PARTIES AND COUNSEL – Case No.: C-08-02034 JW (PVT)