UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN FAWKES and JOHN FAWKES, ) | Case No.: C 08-02034 JW (PVT) |
| ) | |
| Plaintiffs, ) | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| ) | |
| v. ) | |
| ) | |
| TARGET STORES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |

On June 11, 2008, defendant Target Stores filed a proposed stipulated protective order governing the parties' respective disclosures of certain confidential material in the above-captioned action. Having reviewed the proposed stipulated protective order, the court finds the following deficiencies:

(1) the stipulated protective order fails to reference that confidential material must qualify for protection under the standards developed under Rule 26(c);

(2) the "Confidentiality Agreement" referenced in paragraph 5 has not been included in the proposed stipulated protective order filed with the court; and

(3) a blanket protective order is not the proper vehicle for avoiding in advance any waiver of privilege from inadvertent production of privileged documents as specified in

ORDER, *page 1*

1  paragraph 12; and

2  (4) the signature block for the judge's signature shall be included on the last page of the
3  proposed stipulated protective order (following the signature blocks of the attorneys).

5 Additionally, the parties are advised to review the model stipulated protective order on the court's
6 website located at www.cand.uscourts.gov.

7  IT IS SO ORDERED.[1]

8 Dated:  *June 24, 2008*

```
                                        _____
                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge
```

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present application.

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*