Jim W. Yu, Esq., SBN 209118
BALAMUTH HARRINGTON, LLP
3 Altarinda Road, Suite 202
Orinda, California 94563-2601
Telephone: (925) 254-1234
Facsimile: (925) 254-0778

Attorneys for Plaintiffs
Lynn Fawkes and John Fawkes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN FAWKES, JOHN FAWKES,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TARGET CORPORATION and<br>DOES 1 to 40,<br><br>　　　　　Defendants. | Case No. C-08-02034 JW<br><br>**REQUEST FOR DISMISSAL OF<br>JOHN FAWKES' CLAIMS** |

TO THE CLERK:

Please DISMISS plaintiff John Fawkes' claims and causes of action ONLY, in their entirety, with prejudice, with each party bearing their own costs and fees.

Dated: June 27, 2008                                    BALAMUTH HARRINGTON, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jim W. Yu, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lynn Fawkes and John Fawkes