1  Jim W. Yu, Esq., SBN 209118
   BALAMUTH HARRINGTON, LLP
2  3 Altarinda Road, Suite 202
   Orinda, California 94563-2601
3  Telephone: (925) 254-1234
   Facsimile: (925) 254-0778
4
   Attorneys for Plaintiffs
5  Lynn Fawkes and John Fawkes

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN FAWKES, JOHN FAWKES, | Case No. C-08-02034 JW |
| Plaintiffs, | **INTERLOCUTORY JUDGMENT** |
| vs. | |
| TARGET CORPORATION and DOES 1 to 40, | |
| Defendants. | |

TO THE CLERK:

Please DISMISS plaintiff John Fawkes' claims and causes of action ONLY, in their entirety, with prejudice, with each party bearing their own costs and fees.

Dated: June 27, 2008                BALAMUTH HARRINGTON, LLP

                                    By: /s/
                                    Jim W. Yu, Esq.
                                    Attorneys for Plaintiffs
                                    Lynn Fawkes and John Fawkes

**\*\*\* ORDER \*\*\***

Pursuant to the above request for dismissal with prejudice, judgment is entered in favor of Defendant Target Corp. against Plaintiff John Fawkes. The Clerk shall terminate Plaintiff John Fawkes from the Docket. Each party shall bear their own fees and costs.

Dated: July 7, 2008                 _____
                                    JAMES WARE
                                    United States District Court