UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lynn Fawkes and John Fawkes

        Plaintiff(s),

           v.

Target Corporation, et al.

        Defendant(s).
                           /

Case No.  C-08-02034 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 2, 2008

                              [Party]

Dated: July 3, 2008

                              [Counsel]