```
Kelly Balamuth, Esq., SBN 172522
Jim W. Yu, Esq., SBN 209118
BALAMUTH HARRINGTON, LLP
3 Altarinda Road, Suite 202
Orinda, California 94563-2601
Telephone: (925) 254-1234
Facsimile: (925) 254-0778

Attorneys for Plaintiff
Lynn Fawkes
```

**IT IS SO ORDERED**
*Judge James Ware*
10/3/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN FAWKES, JOHN FAWKES,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and<br>DOES 1 to 40,<br><br>    Defendants. | Case No. C-08-02034 JW<br><br>**JOINT CASE MANAGEMENT<br>STATEMENT AND PROPOSED<br>ORDER** |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

### DESCRIPTION OF THE CASE

1. **Jurisdiction and Service:** The basis of the court's jurisdiction over this case is diversity jurisdiction pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332. The incident occurred in Sand City, California. The complaint is at issue and all parties have been served and appeared.

2. **Brief description of the events underlying the action:** On August 14, 2007, plaintiff Lynn Fawkes alleges to have sustained personal injuries and damages when she slipped and fell on liquid at defendant Target Corporation's Sand City store. Defendant denies liability and questions the reasonableness, necessity and causation of damages.

3.  **Legal Issues:**
    a) Whether the defendant had notice of a dangerous condition on its premises.
    b) Plaintiff's comparative negligence.
    c) Whether the incident was a cause of plaintiff's injuries and damages.
    d) The reasonableness and necessity of plaintiff's treatment.
4.  **Motions:** There are no motions pending.
5.  **Amendment of Pleadings:** None anticipated.
6.  **Evidence Preservation:** Not applicable.
7.  **Disclosures:** Initial disclosures pursuant to F.R.C.P. 26(a)(1) will be done by October 17, 2008.
8.  **Discovery:** The parties agree to the following discovery plan:
    - Written discovery: Responses to the first round of written discovery have already been served by the parties. The parties are meeting and conferring on several of the responses.
    - Subpoenaed employment and medical records: The records have been ordered and should arrive by October 31.
    - Deposition of plaintiff Lynn Fawkes is set for October 8, 2008, at 10:00 am.
    - Deposition of plaintiff's daughter and witness to the fall, Sara Filly, is set for October 14, 2008, at 11:00 am.
    - Depositions of several of defendant's employees and persons most knowledgeable have already been taken. One more employee, Dusty Duriss, will be deposed by October 31.
    - Defense medical examination: Defendant will most likely choose to have plaintiff examined after the mediation.
9.  **Class Action:** This is not a class action lawsuit.
10. **Related Case:** There are no known related cases.
11. **Relief:** Monetary damages according to proof.
12. **Settlement and Alternative Dispute Resolution:** The parties have agreed to

1  mediate within 90 days.
2  13.   **Consent to Magistrate:** The parties have agreed to proceed before the Magistrate
3  Judge for all purposes.
4  14.   **Other references:** The case is not suitable to reference to others at this time.
5  15.   **Narrowing of Issues:** Not at this time.
6  16.   **Expected Schedule:** Not at this time.
7  17.   **Scheduling:**
8  17.   **Scheduling:** The parties submit the proposed schedule:

| | |
|---|---|
| Disclosure of expert witnesses | 2/6/09 |
| Disclosure of rebuttal experts | 2/20/09 |
| Last day to complete all discovery, including expert depositions | 3/13/09 |
| Last day to file motions to compel discovery | 3/20/09 |
| Last day to file serve dispositive motions | 3/27/09 |
| Last day to hear dispositive Motions | 5/1/09 |
| Last day to meet and confer regarding content of Joint Pre-Trial Conference Statement | 5/8/09 |
| Last day to file Joint Pre-Trial Conference Statement, F.R.C.P. 26(a)(3), motions in limine | 5/15/09 |
| Last day to file opposition to motions in limine | 5/22/09 |
| Pre-Trial Conference | 5/29/08 |
| Trial | 6/8/09 |

22  18.   **Trial:** All parties have requested a jury trial. The trial is expected to be 5 to 7 days.
23  19.   Disclosure of Non-Party Interested Entities or Persons Certificate have been or will
24  be filed pursuant LR 3-16.
25  ///

1  20. Other Matters: None known.

2

3

4  Dated: September 30, 2008          BOORNAZIAN, JENSEN & GARTHE

5

6                                      By: _____
                                         Gail Trabish, Esq.
7                                        Attorneys for Defendant
                                         Target Corporation
8

9  Dated: September ___, 2008         BALAMUTH HARRINGTON, LLP

10                                     By: _____
                                         Jim W. Yu, Esq.
11                                       Attorneys for Plaintiff Lynn
                                         Fawkes
12

13

14                          **CASE MANAGEMENT ORDER**

15  In light of the parties' representation that they consent to a Magistrate

16  Judge for all purposes (see paragraph 13 in the above Joint Statement),
17
    the Clerk of Court shall reassign this case.
18

19  Dated: __October 3, 2008__         _____
20                                      United States Judge

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

A copy of the below-named document was served via email in accordance with the ECF filing system in U.S. District Court - Northern to the below-named recipient(s):

1.     JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER.

| | |
|---|---|
| Jim W. Yu, Esq.<br>Balamuth Harrington, LLP<br>3 Altarinda Road, #202<br>Orinda, CA 94563<br>(925) 254-1234 phone<br>(925) 254-0778 fax<br>jim@balamuth.com | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on September 30, 2008.

_____
ALEXINE BRAUN

25369\431214

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-5-

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER – Case No.: C-08-02034 JW (PVT)