1 | GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
2 | A Professional Corporation
555 12th Street, Suite 1800
3 | P. O. Box 12925
Oakland, CA  94604-2925
4 | Telephone: (510) 834-4350
Facsimile: (510) 839-1897
5
Attorneys for Defendant
6 | TARGET STORES, a division
of Target Corporation, erroneously
7 | sued herein as Target Corporation

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 | LYNN FAWKES,                     )   Case No.: C-08-02034 PVT
11 |                                  )
         Plaintiff,                   )   **[PROPOSED] ORDER ALLOWING**
12 |                                  )   **DEFENDANT TARGET STORES'**
    vs.                               )   **CLAIMSPERSON TO ATTEND**
13 |                                  )   **MEDIATION BY PHONE**
    TARGET CORPORATION, and DOES 1-40,)
14 | inclusive,                       )
                                      )
15 |     Defendants.                  )   Complaint Filed:  March 7, 2008
                                      )

16
        Upon consideration of Defendant Target Stores' request in its letter to ADR Magistrate
17
Judge Wayne D. Brazil dated December 4, 2008, defendant's claims administrator may attend the
18
mediation on March 4, 2009 by phone.
19

20                                    **ORDER**

21      IT IS SO ORDERED.

22

23 | DATED: 12/16/08

24

25                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
                                                WAYNE D. BRAZIL
26 | 25369\450048

27

28
                                        -1-
        [PROPOSED] ORDER ALLOWING CLAIMSPERSON TO ATTEND MEDIATION BY PHONE
                             Case No.: C-08-02034 PVT